UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff

Case Number 06-10589
District Judge Marianne O. Battani
Magistrate Judge R. Steven Whalen

EDWIN D. WELLS,

    Defendant.

_____/

**ORDER DENYING DEFENDANT'S MOTION TO QUASH RECORDS SUBPOENA DIRECTED TO CHASE MANHATTAN MORTGAGE GROUP**

This matter having come before the Court upon Defendant's Motion to Quash the Records Subpoena dated May 4, 2006 [docket #16] directed to Chase Manhattan Mortgage Group; and Plaintiff having filed a Response thereto; and the matter having been heard by the Court at a hearing held on July 18, 2006; and for the reasons set forth on the record

**IT IS HEREBY ORDERED** that Defendant's Motion to Quash the Records Subpoena dated May 4, 2006 [docket #16] directed to Chase Manhattan Mortgage Group is **DENIED**.

                                              S/R. Steven Whalen
                                              R. STEVEN WHALEN
                                              UNITED STATES MAGISTRATE JUDGE

Dated: July 19, 2006

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on July 19, 2006.

                                              S/G. Wilson
                                              Judicial Assistant